

COMMONWEALTH of Pennsylvania,
Respondent

v.

Steven Harold NEILSON, Petitioner

No. 350 MAL 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

**AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Jeffrey HIGH

v.

PENNSY SUPPLY, INC.

v.

Charles W. High, II

Petition of Pennsy Supply, Inc.

Charles W. High, II

v.

Pennsy Supply, Inc.

v.

Jeffrey High

Petition of Pennsy Supply, Inc.

No. 211 MAL 2017
No. 212 MAL 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

**AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Timothy HANNAH, Petitioner

v.

SCHOOL DISTRICT OF PHILADEL-PHIA SCHOOL REFORM COM-MISSION, Respondent

No. 218 EAL 2017

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

KEGERREIS OUTDOOR
ADVERTISING COMPANY, Petitioner

v.

DEPARTMENT OF
TRANSPORTATION, Respondent

No. 301 MAL 2017

Supreme Court of Pennsylvania.

September 27, 2017